IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

IVAN JOHNSON,

                Plaintiff,

  v.

STAFF AT COLUMBIA CORRECTIONAL
INSTITUTION, SUE NOVAK, DEPUTY WARDEN
WEBER, BRIAN GUSTKE, LT. JUDD, LT. OLSON,
C.O. BORTZ, and NURSING STAFF,

                Defendants.

OPINION and ORDER

20-cv-158-jdp

---

Defendants have responded to plaintiff Ivan Johnson's request for a preliminary injunction. Dkts. 3–7. They submit a declaration from Johnson's physician, who says that Johnson's CPAP machine was taken away after he attempted to hang himself with its electrical cord and that he was not regularly using it before it was taken away. Dkt. 7. She also says that Johnson's implanted heart monitor remains in place. Id. I am convinced by defendants' response that Johnson does not face an immediate risk to his safety, so I will not schedule a hearing on Johnson's motion at this time. Johnson may have until March 6, 2020, to reply to defendants' response. Defendants have also moved for summary judgment on exhaustion grounds. Dkt. 3. I will set briefing on that motion after I have screened Johnson's complaint as required by 28 U.S.C. §§ 1915 and 1915A.

Entered February 26, 2020.

                                    BY THE COURT:

                                    /s/
                                    _____
                                    JAMES D. PETERSON
                                    District Judge