IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IVAN JOHNSON,

    Plaintiff,

v.

STAFF AT COLUMBIA CORRECTIONAL
INSTITUTION, SUE NOVAK, DEPUTY
WARDEN WEBER, BRIAN GUSTKE,
LT. JUDD, LT. OLSON, CO BORTZ, AND
NURSING STAFF,

    Defendants.

Case No. 20-cv-158-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/30/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |